UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAIMLER AG,

     Plaintiff,

v.                                         Case No. 16-11319

POWERWHEELS PRO LLC,

     Defendant.
                                                              /

**ORDER STAYING PROCEEDINGS PENDING ITC PROCEEDINGS**

On January 29, 2015, the court held a status conference with counsel representing the parties in this case. During the conference, Plaintiff informed the court that proceedings before the International Trade Commission ("ITC") are ongoing and that the matter should be stayed pending the outcome of that case. The parties and the court therefore agreed to stay the instant case until the conclusion of proceedings before the ITC. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED until the parties inform the court that the ITC has concluded its proceedings with respect to the subject matter of this case.

IT IS FURTHER ORDERED that the parties shall JOINTLY SUBMIT a brief written memorandum updating the court as to the status of the matter and the ITC proceedings every 60 days, with the first report to be filed on **September 30, 2016.**

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: June 30, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2016, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522